IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TYRONE GERMANE STAFFORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:24-CV-779-DII |
| | § | |
| KIRK WATSON, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Plaintiff Tyrone Germane Stafford's ("Plaintiff") Complaint, (Dkt. 1), and Application to Proceed *In Forma Pauperis* and Financial Affidavit in Support, (Dkt. 2). (R. & R., Dkt. 5). Plaintiff timely filed objections to the report and recommendation. (Objs., Dkt. 8).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiffs timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 5), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Kirk Watson, members of the Austin City Council, the Downtown Austin Community Court, the Travis County Commissioners Court, Travis County Sheriff Sally Hernandez, the Chief of Police of the Austin

1

Police Department, and APD Officer Nicolas are **DISMISSED WITH PREJUDICE**. Only Stafford's claim for retaliation against Officer Perez and unknown APD officers survive.

**SIGNED** on October 24, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE